NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1439, -1440

SEIKO EPSON CORPORATION,

> Plaintiff/Counterclaim Defendant-
> Appellant,

and

EPSON RESEARCH AND DEVELOPMENT, INC.
and EPSON AMERICA, INC.,

> Counterclaim Defendants-Appellees,

v.

CORETRONIC CORPORATION,

> Defendant/Counterclaimant-
> Cross Appellant,

and

OPTOMA TECHNOLOGY, INC.,

> Defendant-Appellee.

Appeals from the United States District Court for the Northern District of California in 06-CV-6946, Judge Marilyn H. Patel.

ON MOTION

O R D E R

Upon consideration of Coretronic Corporation and Optoma Technology, Inc.'s unopposed motion for an extension of time, until December 17, 2009, to file their initial brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 22 2009
_____
Date

_Jan Horbaly_
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 2 2009

JAN HORBALY
CLERK

cc:    Madison C. Jellins, Esq.
       William J. Utermohlen, Esq.

m2